IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:12-cv-00083-Y |
| v. ) | |
| ) | JUDGE TERRY R. MEANS |
| ALLIED PILOTS ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF ALLIED PILOTS ASSOCIATION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a) and Local Rules 56.3 and 56.5, Defendant/Counterclaim Plaintiff Allied Pilots Association ("APA") respectfully moves this Court to grant summary judgment in APA's favor (1) dismissing Plaintiff/Counterclaim Defendant American Airlines, Inc.'s ("American") Complaint (doc. 1) to vacate the System Board of Adjustment award at issue in this case and (2) rendering judgment in APA's favor on its Counterclaim (doc. 5) to enforce the award. Upon so entering judgment in APA's favor, APA further moves the Court to award APA its attorneys' fees and costs incurred in litigating this case. In support thereof APA would respectfully show as follows:

As required by this Court's summary judgment procedures, and in accordance with Local Rules 56.3(a)(1) and (b) and 56.5(a), on the first page under the heading "SUMMARY" the elements of each claim and defense as to which summary judgment is sought, together with the argument and authorities on which the APA relies in support, are set forth in the accompanying "MEMORANDUM IN SUPPORT OF DEFENDANT/COUNTERCLAIM PLAINTIFF

ALLIED PILOTS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT," which is being filed concurrently with this motion.  As further required by Local Rule 56.6 and by this Court's summary judgment procedures, the documentary evidence relied on by APA in support of its motion for summary judgment is included in the "APPENDIX IN SUPPORT OF DEFENDANT/COUNTERCLAIM PLAINTIFF ALLIED PILOTS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT," which is also being filed concurrently with this motion.  The portion of each page of the appendix upon which APA relies, and cites to in the memorandum, has been highlighted by underline or by brackets in the margins or around the relevant text.

      Accordingly, based on the factual and legal grounds stated in the APA's accompanying memorandum brief, as supported by the argument and authorities set forth therein and by APA's appendix of documentary evidence, APA respectfully requests that its motion for summary judgment be granted (1) dismissing Plaintiff/Counterclaim Defendant American's Complaint (doc. 1) to vacate the arbitration award at issue in this case and (2) rendering judgment in APA's favor on its Counterclaim (doc. 5) to enforce the arbitration award at issue herein.  Upon so entering judgment in APA's favor, APA further moves the Court to award APA its attorneys' fees and costs incurred in litigating this case and to enter such further orders as may be just and appropriate in the circumstances.

      Dated:  June 25, 2012

/
/
/
/
/
/
/

          Respectfully submitted,

             s/ Sanford R. Denison
          SANFORD R. DENISON
          Texas Bar No. 05655560
          Baab & Denison, LLP
          Stemmons Place, Suite 1100
          2777 N. Stemmons Freeway
          Dallas, TX 75207
          Telephone: (214) 637-0750
          Fax: (214) 637-0730
          Email: denison@baabdenison.com

          STEVEN K. HOFFMAN*
          D.C. Bar No. 384696
          JEFF VOCKRODT*
          D.C. Bar No. 985635
          James & Hoffman, P.C.
          1130 Connecticut Avenue, NW, Suite 950
          Washington, D.C. 20036
          Telephone: (202) 496-0500
          Fax: (202) 496-0555
          Email: skhoffman@jamhoff.com
\* Admitted *Pro Hac Vice*      Email: jvockrodt@jamhoff.com

          COUNSEL FOR DEFENDANT ALLIED
          PILOTS ASSOCIATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" via electronic mail on that date to counsel for all parties of record listed below.

DEE J. KELLY
ROGER C. DISEKER
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: dee_kelly@khh.com
Email: roger_diseker@khh.com

ATTORNEYS FOR PLAINTIFF
AMERICAN AIRLINES, INC.

      s/ Sanford R. Denison
      SANFORD R. DENISON