IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.          §
                                 §
V.                               §          ACTION NO. 4:12-CV-083-Y
                                 §
ALLIED PILOTS ASSOCIATION        §

## FINAL JUDGMENT

Pursuant to the order issued this same day and Federal Rule of Civil Procedure 58,  it is

ORDERED that the arbitral board's award is AFFIRMED.  All costs under 28 U.S.C. § 1920 shall

be taxed against Plaintiff.

SIGNED November 2, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah for dc